

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In the Matter of Jennifer Nicole Hines and Samantha Lue Hawthorn-Norton and In the Interest of C.C.H. and D.M.-H., Minor Children

No. 06-23-00078-CV

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 91997). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant, Samantha Lue Hawthorn-Norton, pay all costs incurred by reason of this appeal.

RENDERED NOVEMBER 30, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk